PERKINS COIE LLP
Michael A. Oblon *(pro hac vice to follow)*
    Email: MOblon@perkinscoie.com
607 14th Street NW, Suite 800
Washington, D.C. 20005
(202) 434.1607
(202) 434.1690 (facsimile)

Jerry A. Riedinger *(pro hac vice to follow)*
    Email: JRiedinger@perkinscoie.com
Vincent Ajay Singh *(pro hac vice to follow)*
    Email: ASingh@perkinscoie.com
1201 Third Ave., 48th Floor
Seattle, WA 98101
(206) 359-8000
(206) 359-9000 (facsimile)

Euphemia N. Thomopulos, SBN 262107
EThomopulos@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

*Counsel for Defendants*
On Semiconductor Corp., a Delaware corporation, and
Semiconductor Components Industries, LLC, a
Delaware limited liability company.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELPIDA MEMORY, INC. and ELPIDA MEMORY (USA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> ON SEMICONDUCTOR CORPORATION and SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C., <br><br> Defendants. | Case No. CV 10-05014 CRB <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS ON SEMICONDUCTOR CORPORATION AND SEMICONDUCTOR COMPONENTS INDUSTRIES, L.L.C. TO RESPOND TO COMPLAINT** |

1    IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 6-1, by and between Plaintiffs Elpida Memory, Inc. and Elpida Memory (USA) Inc. and Defendants On Semiconductor Corp. and Semiconductor Components Industries LLC that Defendants shall have until January 7, 2011, to answer, move, or otherwise respond to Plaintiffs' Complaint. Defendants requested the extension because they require additional time to evaluate the asserted patent. The deadline for Defendants to answer, move, or otherwise respond is currently December 7, 2010. This stipulation extends Defendants' time to answer, move, or otherwise respond to the initial complaint in this action by one month and does not alter the date of any event or any deadline already fixed by Court order.

DATED:  December 2, 2010

**PERKINS COIE LLP**

By: */s/ Euphemia N. Thomopulos*
    Euphemia N. Thomopulos

Attorney for Defendants
On Semiconductor Corp. and Semiconductor Components Industries LLC

**SIMPSON THACHER &BARLETT LLP**

By: /s/ *Patrick E. King*
    Patrick E. King
    2250 Hanover Street
    Palo Alto, CA 94304
    Phone: (650) 251−5000
    Fax: (650) 251−5002
    Email: pking@stblaw.com

Attorney for Plaintiffs
Elpida Memory, Inc. and Elpida Memory (USA) Inc.

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Euphemia N. Thomopulos, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED: December 2, 2010

*/s/ Euphemia N. Thomopulos*
Euphemia N. Thomopulos

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Stipulation Extending Time For Defendant On Semiconductor Corporation and Semiconductor Components Industries, L.L.C. To Respond To Complaint is GRANTED.

Dated: Dec. 3, 2010

Honorable Charles R. Breyer
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA