1    Euphemia N. Thomopulos, SBN 262107
     EThomopulos@perkinscoie.com
2    PERKINS COIE LLP
     Four Embarcadero Center, Suite 2400
3    San Francisco, CA 94111-4131
     Telephone: (415) 344-7000
4    Facsimile: (415) 344-7050

5    *Counsel for Defendants*
     ON Semiconductor Corp., a Delaware corporation,
6    and Semiconductor Components Industries, LLC

7    Jeffrey E. Ostrow, SBN 213118
     jostrow@stblaw.com
8    SIMPSON THACHER & BARTLETT
        LLP
9    2550 Hanover Street
10   Palo Alto, CA 94304
     Phone: (650) 251−5000
11   Fax: (650) 251−5002

12   *Counsel for Plaintiffs*
     Elpida Memory, Inc. and Elpida Memory (USA) Inc.
13

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16               SAN FRANCISCO DIVISION

17

18   ELPIDA MEMORY, INC. and            Case No. CV 10-05014 CRB
     ELPIDA MEMORY (USA) INC.,
19
20              Plaintiffs,             **[PROPOSED] ORDER GRANTING**
                                        **STIPULATION FOR DISMISSAL**
21        v.                            **WITH PREJUDICE**

22   ON SEMICONDUCTOR
     CORPORATION and
23   SEMICONDUCTOR COMPONENTS
     INDUSTRIES, L.L.C.,
24
                Defendants.
25

26

27

28

___

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. CV 10-05014 CRB

1  **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED**:

2      Each party's claims and counterclaims asserted or assertable in this case have been settled

3  and are hereby dismissed with prejudice.  This Court has jurisdiction over the parties and over the

4  subject matter of this dispute, and shall retain continuing subject matter and personal jurisdiction

5  for the purposes of construing or enforcing the terms of this Stipulation For Dismissal or for

6  resolving any dispute arising thereunder.  Each party shall bear its own costs and attorney's fees.

7

8

9              Signed:  Jan. 7, 2011



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
Case No. CV 10-05014 CRB